

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2000

at 11 o'clock and 05 min. AM
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00174 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 21 U.S.C. § 860(a), |
| ) | 18 U.S.C. § 2. |
| DAVID MUELLER,            (01) ) | |
| MAAVE MAAVE, JR., and     (02) ) | |
| LINDA GRILHO,             (03) ) | |
| Defendants. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about April 14, 2000, within the District of Hawaii, DAVID MUELLER and MAAVE MAAVE, JR., did knowingly and intentionally possess with intent to distribute and distribute approximately 0.124 grams of cocaine base, a Schedule II controlled substance, in and on, and within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Section 860(a) and Title 18, United States Code, Section 2.

## COUNT 2

The Grand Jury further charges that:

On or about April 14, 2000, within the District of Hawaii, LINDA GRILHO and DAVID MUELLER, did knowingly and intentionally possess with intent to distribute and distribute approximately 0.222 grams of cocaine base, a Schedule II controlled substance, in and on, and within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Section 860(a) and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges that:

On or about April 14, 2000, within the District of Hawaii, LINDA GRILHO and DAVID MUELLER, did knowingly and intentionally possess with intent to distribute and distribute approximately 0.092 grams of cocaine base, a Schedule II controlled substance, in and on, and within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Section 860(a) and Title 18, United States Code, Section 2.

## COUNT 4

The Grand Jury further charges that:

On or about April 14, 2000, within the District of Hawaii, LINDA GRILHO and DAVID MUELLER, did knowingly and

intentionally possess with intent to distribute and distribute approximately 0.083 grams of cocaine base, a Schedule II controlled substance, in and on, and within one thousand (1,000) feet of the real property comprising a playground.

In violation of Title 21, United States Code, Section 860(a) and Title 18, United States Code, Section 2.

DATED: _April 27_, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

[signature]
_____
STEVEN S. ALM
United States Attorney
District of Hawaii

[signature]
_____
ELLIOT ENOKI
First Assistant U.S. Attorney

[signature]
_____
TRACY A. HINO
Assistant U.S. Attorney

USA v. David Mueller, Maave Maave, Jr., and Linda Grilho
"Indictment"